UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,           Case No: 1:07-cr-241

v                 HON. JANET T. NEFF

KALIDAS PRABHUDAS PATEL,

   Defendant.
               /

**ORDER ADOPTING REPORT AND RECOMMENDATION**

   The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and both defendant and the government have indicated that they have no objection thereto.

   THEREFORE, IT IS ORDERED that:

   1. The Report and Recommendation of the Magistrate Judge (Dkt #19) is approved and adopted as the opinion of the Court.

   2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count 1, 2 and 3 of the Indictment.

   3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: November 28, 2007        /s/ Janet T. Neff
                       JANET T. NEFF
                       United States District Judge